UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK E. MLYNSKI,

    Plaintiff,

v.                                          CASE NO. 8:16-cv-129-T-23AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

On February 1, 2017, Magistrate Judge Anthony E. Porcelli issued a report (Doc. 17) that recommends affirming the Commissioner's decision and directing the Clerk to enter a final judgment in favor of the Commissioner. Mark E. Mlynski objects (Doc. 18) to the report and recommendation, and the Commissioner responds (Doc. 19) to the objections. A de novo review of the report and recommendation reveals that the objections either are unfounded or otherwise require no different resolution. Accordingly, Mlynski's objections (Doc. 18) are **OVERRULED**, and the report and recommendation (Doc. 17) is **ADOPTED**. Under sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**. The Clerk is directed (1) to enter judgment in favor of the

Commissioner and against the plaintiff, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on August 3, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE